156 A.3d 182

CURETON CLARK, P.C., PLAINTIFF–RESPONDENT, v. WILLIAM
H. LEWIS, ADMINISTRATOR OF THE ESTATE OF IRMA B.
LEWIS, DEFENDANT–PETITIONER.

November 17, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1072/1568–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.